IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Erica Thomas, <br><br> Plaintiff; <br><br><br> v. <br><br> Quiktrip Corporation <br><br><br><br> Defendant. | Civil Action File No. <br> 1:16-cv-00607-RWS |

## Plaintiff's Motion for Dismissal Without Prejudice
### Rule 41(a)(2)

Plaintiff moves for a Court Order allowing a voluntary dismissal without prejudice. Fed. R. Civ. P. 41(a)(2). The Defendant will suffer no prejudice in this matter as the case is in the very early stages and is just beginning. The hope is to dismiss the case before either party expends significant time and money conducting discovery. There are no cross-claims or counterclaims pending. Because the

1

Defendant will suffer no legal prejudice, this dismissal should be permitted.

*McCants v. Ford Motor Co*. 781 F.2d 855, 857 (11th Cir. 1986).

This the September 16, 2016.

                                            Respectfully submitted,

                                            /s/ Scott J. Harrison
                                            Scott J. Harrison
                                            Ga. Bar No. 411237
                                            Attorney for Plaintiff

MORGAN & MORGAN, P.A.
191 Peachtree Street, 42nd Floor
Atlanta, GA 30303
(404) 965-1627
sharrison@forthepeople.com

**Mailing Address:**

P.O. Box 57007
Atlanta, GA 30343-1007

## Certificate of Service

I hereby certify that on September 16, 2016, I electronically filed this Plaintiff Sara Knight Certificate of Interested Persons with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Nicole Leet
GRSM&B
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326

                                            /s/ Scott J. Harrison
                                            Scott J. Harrison
                                            Ga. Bar No. 411237
                                            Attorney for Plaintiff

MORGAN & MORGAN, P.A.
191 Peachtree Street, 42nd Floor
Atlanta, GA 30303
(404) 965-1627
sharrison@forthepeople.com

**Mailing Address:**

P.O. Box 57007
Atlanta, GA 30343-1007